UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-20755-JLK

HEBER BEDOYA, on behalf of himself
and those similarly situated,

    Plaintiff,

v.

CAR SPA COLLECTION, LLC, a
Florida Limited Liability Company;
ANTHONY HAJJAR, individually; and
NADIA ZAHR, individually,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CASE came before the Court on the Parties Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice (the "Motion") (ECF 12), and the Court having reviewed the Motion and having been advised of the agreement between the parties, **IT IS**

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of July, 2018.

*[signature]*
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT

Copies to: All counsel of record